1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
2   bruce.celebrezze@sdma.com
    ROBERT N. BERG  Bar No. 99319
3   robert.berg@sdma.com
    DEAN J. MCELROY  Bar No. 213132
4   dean.mcelroy@sdma.com
    One Market Plaza
5   Steuart Tower, 8th Floor
    San Francisco, California 94105
6   Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
7
    Attorneys for Defendant
8   TRANSCONTINENTAL INSURANCE COMPANY

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  FREDERICK MEISWINKEL, INC., a          CASE NO.  C-07-5064
    California corporation
13
                                           **PROOF OF SERVICE**
14          Plaintiff,
                                           [Originally San Francisco County Superior
15      v.                                 Court, Case No. CGC-07-466605]

16  TRANSCONTINENTAL INSURANCE
    COMPANY, a New York corporation; and
17  DOES  through 100, inclusive,

18          Defendants.

19

20       I am a resident of the State of California, over the age of eighteen years, and not a party
    to the within action.  My business address is Sedgwick, Detert, Moran & Arnold LLP, One
21  Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.  On October 3, 2007, I
    served the within document(s):

22        **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**
                        **AND ADR DEADLINES**
23

24      ☐      FACSIMILE - by transmitting via facsimile the document(s) listed above to the
               fax number(s) set forth on the attached Telecommunications Cover Page(s) on
25             this date.

26      ☒      MAIL - by placing the document(s) listed above in a sealed envelope with
               postage thereon fully prepaid, in the United States mail at San Francisco,
               California addressed as set forth below.
27
        ☐      PERSONAL SERVICE - by personally delivering the document(s) listed above to
28             the person(s) at the address(es) set forth below.

                                          1
                                 PROOF OF SERVICE

1    ☐    OVERNIGHT COURIER - by placing the document(s) listed above in a sealed
         envelope with shipping prepaid, and depositing in a collection box for next day
2        delivery to the person(s) at the address(es) set forth below via .

3    ☐    NOTICE OF ELECTRONIC FILING - by filing the document(s) listed above
         electronically, resulting in an automatic notice of electronic filing to all parties of
4        record.

5    Clyde C. Greco, Jr., Esq.
     Peter J. Schulz, Esq.
6    GRECO & TRAFICANTE
7    555 West Beech Street, Suite 500
     San Diego, CA  92101
8    Tel: 619-234-3660
     Fax: 619-234-0626
9

10        I am readily familiar with the firm's practice of collection and processing correspondence
     for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
11   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
     motion of the party served, service is presumed invalid if postal cancellation date or postage
12   meter date is more than one day after date of deposit for mailing in affidavit.  I declare under
     penalty of perjury under the laws of the State of California that the above is true and correct.
13   Executed on October 3, 2007, at San Francisco, California.

14

15                                   ___/s/_____Sharice Valenzuela_____
                                          SHARICE VALENZUELA
16

17

18

19

20

21

22

23

24

25

26

27

28

SF/1447493v1