Rec'd **NW Y**

SEP 0 6 2007

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  BRIAN D. HARRISON  Bar No. 157123
   SETH W. WIENER  Bar No. 203747
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant CONTINENTAL
   CASUALTY COMPANY, incorrectly sued
7  as CONTINENTAL CASUALTY INSURANCE
   COMPANY
8

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10             COUNTY OF LOS ANGELES - UNLIMITED JURISDICTION

11

12  SUPERVALU, INC., dba NEW                CASE NO. LC 076533
    ALBERTSON'S, INC.,
                                           **AMENDED STIPULATION AND**
13        Plaintiffs,                      **PROTECTIVE ORDER GOVERNING**
                                           **DISCLOSURE OF CONFIDENTIAL**
14        v.                               **MATERIALS**

15  WEXFORD UNDERWRITING
    MANAGERS, INC., et al,
16
          Defendants.
17

18        IT IS HEREBY STIPULATED among plaintiff SuperValu, Inc. dba New Albertson's,

19  Inc. and defendants Wexford Underwriting Managers, Inc., TIG Insurance Company, and

20  Continental Casualty Company (collectively "the parties"), each by and through their counsel,

21  that:

22        1.    In connection with discovery proceedings in this action, the parties may designate

23  medical records of claimants in workers' compensation claims and proceedings, or testimony or

24  other information derived from such medical records, as "Confidential" under the terms of this

25  Stipulation and Stipulated Protective Order (hereinafter "Order"). Such Confidential information

26  is information which has not been made public other than in connection with the workers'

27  compensation claims themselves. The parties desire to keep confidential, to the extent

28  reasonably possible, medical records and reports which potentially implicate privacy rights

1    of affected workers, and to prevent information sensitive to the defense of the underlying claims
2    from being revealed to claimants or their counsel.

3    2.    In connection with discovery proceedings in this action, certain non-parties,
4    including the California Department of Industrial Relations, may designate financial information,
5    audit information, and claims information, as defined by Cal. Admin. Code tit. 8, § 15405, as
6    "Confidential" under the terms of this Order. The non-parties and the parties desire to keep
7    confidential, to the extent reasonably possible, such financial information, audit information, and
8    claims information.

9    3.    By designating a document, thing, material, testimony or other information
10    derived therefrom as "Confidential," under the terms of this stipulation, the parties and any non-
11    parties signing Attachment A, are certifying to the court that there is a good faith basis both in
12    law and in fact for the designation.

13    4.    Confidential documents shall be so designated by stamping copies of the
14    document produced to a party with the legend "CONFIDENTIAL." Stamping the legend
15    "CONFIDENTIAL" on the cover of any multipage document shall designate all pages of the
16    document as confidential, unless otherwise indicated by the producing party. When an entire file
17    folder is stamped "CONFIDENTIAL," all documents within that file folder are designated
18    confidential.

19    5.    Material designated as "Confidential" under this Stipulation, the information
20    contained therein, and any summaries, copies, abstracts, or other documents derived in whole or
21    in part from material designated as confidential (hereinafter "Confidential Material") shall be
22    used only for the purposes of the prosecution, defense, or settlement of this action, and for no
23    other purpose.

24    6.    Confidential material produced pursuant to this Stipulation may be disclosed or
25    made available only to the Court, to counsel for a party (including the paralegal, clerical, and
26    secretarial staff employed by such counsel), and to the "qualified persons" designated below:

27
28

1            1.     in-house counsel or claims personnel of a party, or an officer, director, or

2 employee of a party deemed necessary by counsel to aid in the prosecution, defense, or settlement

3 of this action;

4            2.     experts or consultants (together with their clerical staff) retained by such

5 counsel to assist in the prosecution, defense, or settlement of this action;

6            3.     court reporter(s) employed in this action;

7            4.     a witness at any deposition or other proceeding in this action; and

8            5.     any other person as to whom the parties in writing agree.

9      7.     Prior to receiving any Confidential material, each "qualified person" shall be

10 provided with a copy of this Stipulation and shall execute a nondisclosure agreement in the form

11 of Attachment B, a copy of which shall be provided forthwith to counsel for the parties.

12      8.     Depositions shall be taken only in the presence of qualified persons.

13      9.     Nothing herein shall impose any restrictions on the use or disclosure by a party of

14 material obtained by such party independent of discovery in this action, whether or not such

15 material is also obtained through discovery in this action, or from disclosing its own Confidential

16 material as it deems appropriate.

17     10.     In the event that any Confidential material is used in any court proceeding in this

18 action, it shall not lose its confidential status through such use, and the party using such shall

19 take all reasonable steps to maintain its confidentiality during such use.

20     11.     This Stipulation shall be without prejudice to the right of the parties (i) to bring

21 before the Court at any time the question of whether any particular document or information is

22 confidential or whether its use should be restricted or (ii) to present a motion to the Court for a

23 separate protective order as to any particular document or information, including restrictions

24 differing from those as specified herein. This Stipulation shall not be deemed to prejudice the

25 parties in any way in any future application for modification of this Stipulation. This Stipulation

26 shall be effective between the parties irrespective of whether the Court executes this Stipulation

27 and Proposed Order.

28

1    12.    This Stipulation is entered solely for the purpose of facilitating the exchange of

2    documents and information between the parties to this action and certain nonparties without

3    involving the Court unnecessarily in the process. Nothing in this Stipulation nor the production

4    of any information or document under the terms of this Stipulation nor any proceedings pursuant

5    to this Stipulation shall be deemed to have the effect of an admission or waiver by either party or

6    of altering the confidentiality or nonconfidentiality of any such document or information or

7    altering any existing obligation of any party or the absence thereof.

8    13.    This Stipulation shall survive the final termination of this action, to the extent that

9    the information contained in Confidential material is not or does not become known to the public,

10   and the Court shall retain jurisdiction to resolve any dispute concerning the use of information

11   disclosed hereunder. Upon termination of this case, counsel for the parties shall assemble and

12   return to each other all documents, material and deposition transcripts designated as confidential

13   and all copies of same, or shall certify the destruction thereof.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09/04/2007 15:33 FAX                                                    ☑006/009

1  DATED: September 4, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                    By: _____

4                                        BRUCE D. CELEBREZZE
                                         BRIAN D. HARRISON
5                                        SETH W. WIENER
                                         Attorneys for Defendant, Cross-Complainant and
                                         Cross-Defendant CONTINENTAL CASUALTY
6                                        COMPANY, incorrectly sued as CONTINENTAL
                                         CASUALTY INSURANCE COMPANY

7

8  DATED: September 4, 2007          BINGHAM McCUTCHEN LLP

9

10                                   By: _____
                                         ROBERT LEWIS
11                                       CHRISTINE HOVERMAN
                                         Attorneys for Defendant WEXFORD
12                                       UNDERWRITING MANAGERS, INC.

13 DATED: September __, 2007          KNAPP, PETERSON, & CLARKE

14

15
                                     By: _____
16                                       GWEN FREEMAN
                                         Attorneys for Plaintiff and Cross-Defendant
17                                       SUPERVALU, INC.

18 DATED: September __, 2007          SAMUELSEN, GONZALEZ, VALENZUELA, &
19                                    BROWN

20
                                     By: _____
21                                       HARVEY S. BROWN
                                         Attorneys for Plaintiff and Cross-Defendant
22                                       SUPERVALU, INC.

23 DATED: September __, 2007          ROTH LAW FIRM
24

25
                                     By: _____
26                                       JAMES ROTH
                                         Attorneys for Defendant and Cross-Defendant TIG
27                                       INSURANCE COMPANY

28

SF/1440066v1                              -5-                    Case No. LC076533
                           SECOND STIPULATION AND PROTECTIVE ORDER

1    DATED: September ___, 2007            SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                          By:_____
                                              BRUCE D. CELEBREZZE
4                                             BRIAN D. HARRISON
                                              SETH W. WIENER
5                                             Attorneys for Defendant, Cross-Complainant and
                                              Cross-Defendant CONTINENTAL CASUALTY
6                                             COMPANY, incorrectly sued as CONTINENTAL
                                              CASUALTY INSURANCE COMPANY
7

8    DATED: September ___, 2007            BINGHAM McCUTCHEN LLP

9

10                                         By:_____
                                              ROBERT LEWIS
11                                            CHRISTINE HOVERMAN
                                              Attorneys for Defendant WEXFORD
12                                            UNDERWRITING MANAGERS, INC.

13
     DATED: September 4, 2007               KNAPP, PETERSON, & CLARKE
14

15

16   By:_____
        GWEN FREEMAN
17      Attorneys for Plaintiff and Cross-Defendant
        SUPERVALU, INC.

18
     DATED: September ___, 2007            SAMUELSEN, GONZALEZ, VALENZUELA, &
19                                         BROWN

20

21                                         By:_____
                                              HARVEY S. BROWN
22                                            Attorneys for Plaintiff and Cross-Defendant
                                              SUPERVALU, INC.

23
     DATED: September 4, 2007              ROTH LAW FIRM
24

25                                         By:_____
26                                            JAMES ROTH
                                              Attorneys for Defendant and Cross-Defendant TIG
27                                            INSURANCE COMPANY

28

SF/1440066v1                                      -5-                    Case No. LC076533
                            SECOND STIPULATION AND PROTECTIVE ORDER

1   DATED: September ___, 2007       SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                   By: _____
                                        BRUCE D. CELEBREZZE

4                                        BRIAN D. HARRISON
                                        SETH W. WIENER

5                                        Attorneys for Defendant, Cross-Complainant and
                                        Cross-Defendant CONTINENTAL CASUALTY

6                                        COMPANY, incorrectly sued as CONTINENTAL
                                        CASUALTY INSURANCE COMPANY

7

8   DATED: September ___, 2007       BINGHAM McCUTCHEN LLP

9

10                                   By: _____
                                        ROBERT LEWIS

11                                    CHRISTINE HOVERMAN
                                    Attorneys for Defendant WEXFORD

12                                    UNDERWRITING MANAGERS, INC.

13

14   DATED: September ___, 2007       KNAPP, PETERSON, & CLARKE

15

16                                   By: _____
                                      GWEN FREEMAN

17                                    Attorneys for Plaintiff and Cross-Defendant
                                    SUPERVALU, INC.

18

19   DATED: September 5, 2007       SAMUELSEN, GONZALEZ, VALENZUELA, &
                                        BROWN

20

21                                 By: _____
                                    HARVEY S. BROWN

22                                    Attorneys for Plaintiff and Cross-Defendant
                                    SUPERVALU, INC.

23

24   DATED: September 4, 2007       ROTH LAW FIRM

25                                   By: _____

26                                    JAMES ROTH
                                    Attorneys for Defendant and Cross-Defendant TIG

27                                    INSURANCE COMPANY

28

1

**ATTACHMENT A**

2          The undersigned hereby acknowledges that he (she) has read the Second Stipulation and

3   Protective Order ("Protective Order") entered on _____, ____, in the civil action entitled

4   *Supervalu, Inc. dba New Albertson's Inc. v. Wexford Underwriting Managers, Inc.*, Case No. LC

5   076533, before the Superior Court of California in the County of Los Angeles and understands

6   its terms. The undersigned agrees that by designating a document, thing, material, testimony or

7   other testimony derived therefrom as "Confidential", under the terms of the Protective Order, that

8   there is a good faith basis both in law and in fact for the designation and thereby represents the

9   same to the court.

10
    Dated:                              By:
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ATTACHMENT B

2        The undersigned hereby acknowledges that he (she) has read the Second Stipulation and

3 Protective Order ("Protective Order") entered on _____, ____, in the civil action entitled

4 *Supervalu, Inc. dba New Albertson's Inc. v. Wexford Underwriting Managers, Inc.*, Case No. LC

5 076533, before the Superior Court of California in the County of Los Angeles, understands its

6 terms, agrees to be bound by each of those terms, and agrees to subject himself or herself

7 personally to the jurisdiction of this Court for the purposes of enforcement. Specifically, and

8 without limitation upon such terms, the undersigned agrees not to use or disclose any

9 CONFIDENTIAL Materials or information made available to him (her) other than in accordance

10 with the Protective Order.

11

    Dated:                         By:

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    The relief set forth on the foregoing pages, pages numbered 1 through 5 is hereby **ORDERED**.

2                                SEP 1 1 2007                              RICHARD ADLER

3    Dated: September ___, 2007    _____

4                                  JUDGE OF THE SUPERIOR COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/1440066v1                              - 8 -                        Case No. LC076533
                        SECOND STIPULATION AND PROTECTIVE ORDER

*Supervalu, Inc., v. ...xford Underwriting, et al.*                    0035-001688
Los Angeles Superior Court, Case No. LC 076533

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On September 5, 2007, I served the within document(s):

### AMENDED STIPULATION AND PROTECTIVE ORDER GOVERNING DISCLOSURE OF CONFIDENTIAL MATERIALS

☐　FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒　MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐　PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐　OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Gwen Freeman, Esq. | Harvey S. Brown, Esq. |
| KNAPP, PETERSEN & CLARKE | SAMUELSEN, GONZALEZ, VALENZUELA |
| 500 North Brand Boulevard, 20th Floor | & BROWN |
| Glendale, CA  91203-1904 | 18881 Von Karman Avenue, Ste. 250 |
| | Irvine, CA  92612 |
| Telephone:　(818) 547-5000 | Telephone:　(949) 252-1300 |
| Facsimile:　(818) 547-5329 | Facsimile:　(949) 252-1399 |
| James Roth, Esq. | Robert A. Lewis, Esq. |
| Roth Law Firm | Christine Hoverman |
| 11770 Bernardo Plaza Ct., Suite 315 | BINGHAM McCUTCHEN LLP |
| San Diego, CA  92128 | 3 Embarcadero Center |
| | San Francisco, CA  94111 |
| Telephone:　(858) 592-6250 | |
| Facsimile:　(858) 451-3643 | Telephone:　(415) 393-2328 |
| | Facsimile:　(415) 393-2286 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 5, 2007, at San Francisco, California.

Quintella M. Griffin

- 1 -

PROOF OF SERVICE

SF/1440940v1

1    SEDGWICK, DETERT, MORAN & ARNOLD LLP
     BRUCE D. CELEBREZZE Bar No. 102181
2    bruce.celebrezze@sdma.com
     DEAN J. MCELROY Bar No. 213132
3    dean.mcelroy@sdma.com
     One Market Plaza, Steuart Tower, 8th Floor
4    San Francisco, California 94105
     Telephone: (415) 781-7900
5    Facsimile: (415) 781-2635

6    Attorneys for Defendant
     TRANSCONTINENTAL INSURANCE COMPANY

7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation | CASE NO. C 07-05064 EMC |
| Plaintiff, | **DEFENDANT TRANSCONTINENTAL INSURANCE COMPANY'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; and DOES through 100, inclusive, | |
| Defendants. | |

18    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19       Defendant Transcontinental Insurance Company hereby declines to consent to the

20    assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

21    requests the reassignment of this case to a United States District Judge.

22    DATED: October 16, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

23

24

25                         By:___/s/ Dean J. McElroy_____
26                            Bruce D. Celebrezze
                            Dean J. McElroy
27                             Attorneys for Defendant
                            TRANSCONTINENTAL INSURANCE
28                             COMPANY

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

-1-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE