```
SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
ROBERT N. BERG  Bar No. 99319
robert.berg@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
TRANSCONTINENTAL INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; and DOES through 100, inclusive,<br><br>Defendants. | CASE NO. C-07-5064 EMC<br><br>**DEFENDANT TRANSCONTINENTAL INSURANCE COMPANY'S JURY DEMAND** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that defendant Transcontinental Insurance Company hereby demands a trial by jury in the above-entitled action.

DATED: October 16, 2007                SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Dean J. McElroy
    BRUCE D. CELEBREZZE
    DEAN J. MCELROY
    Attorneys for Defendant
    TRANSCONTINENTAL INSURANCE COMPANY

DEFENDANT TRANSCONTINENTAL INSURANCE COMPANY'S JURY DEMAND

SF/1450425v1