SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
TRANSCONTINENTAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; and DOES through 100, inclusive,<br><br>Defendants. | CASE NO. C 07-05064 EMC<br><br>**DEFENDANT TRANSCONTINENTAL INSURANCE COMPANY'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant Transcontinental Insurance Company hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: October 16, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   /s/ Dean J. McElroy
Bruce D. Celebrezze
Dean J. McElroy
Attorneys for Defendant
TRANSCONTINENTAL INSURANCE COMPANY

-1-

SF/1450423v1    DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE