1  Clyde C. Greco, Jr., State Bar No. 085970
   Peter J. Schulz, Esq., State Bar No. 167646
2
                  LAW OFFICES
3         **GRECO & TRAFICANTE**
          555 WEST BEECH STREET - SUITE 500
4          SAN DIEGO, CALIFORNIA 92101
             (619) 234-3660 / FAX: 234-0626
5  Attorneys for Plaintiff FREDERICK MEISWINKEL, INC.

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | FREDERICK MEISWINKEL, INC., | Case No. 3:07-cv-05064 EMC |
   | a California corporation, | |
12 | Plaintiff, | |
   | | **PLAINTIFF FREDERICK** |
13 | v. | **MEISWINKEL, INC.'S** |
   | | **JURY DEMAND** |
14 | TRANSCONTINENTAL INSURANCE | |
   | COMPANY, a New York corporation; and | |
15 | DOES 1 through 100, Inclusive, | |
16 | Defendants. | |

17

18      TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES

19 HEREIN:

20      PLEASE TAKE NOTICE that Plaintiff FREDERICK MEISWINKEL, INC. hereby

21 demands a trial by jury in the above-entitled action.

22

23 Dated: October 17, 2007                GRECO & TRAFICANTE

24                                        By:  /s/ *Peter J. Schulz*
                                               Clyde C. Greco, Jr., Esq.
25                                             Peter J. Schulz, Esq.
                                               Attorneys for Plaintiff
26                                             FREDERICK MEISWINKEL, INC.

27

28

F:\Meiswinkel\MEI-002\Pleading\Demand for Jury Trial 101707.DOC        -1-

PLAINTIFF FREDERICK MEISWINKEL, INC.'S JURY DEMAND

| | |
|---|---|
| Clyde C. Greco, Jr., Esquire, SBN 085970<br>Peter J. Schulz, Esquire, SBN 167646<br>GRECO & TRAFICANTE           (619) 234-3660<br>555 West Beech Street, Suite 500     FAX:  234-0626<br>San Diego, California 92101<br>ATTORNEYS FOR Plaintiff FREDERICK MEISWINKEL, INC. | COURT USE ONLY |
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF: FREDERICK MEISWINKEL, INC.<br><br>DEFENDANTS: TRANSCONTINENTAL INSURANCE COMPANY, et al. | DATE:<br>TIME:<br>DEPT: |
| **PROOF OF SERVICE** | CASE NUMBER: 3:07-cv-05064 EMC |

    I, the undersigned, declare that:  I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, and my business address is 555 West Beech Street, Suite 500, San Diego, California.  I caused to be served the following documents:

1. PLAINTIFF FREDERICK MEISWINKEL, INC.'S JURY DEMAND

- ■ by electronically serving through CourtLink the above-listed document(s) to each of the addressees as set forth on the attached Service List.
- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth on the attached Service List.
- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on October 18, 2007 at San Diego, California.

                                                         */s/ Kinë Benrubi*
                                                         Kinë Benrubi

# SERVICE LIST

**MEISWINKEL v. TRANSCONTINENTAL, et al.**
Case No. 3:07-cv-05064 EMC
United States District Court, Northern District of California

Updated October 17, 2007

| | |
|---|---|
| **SEDGWICK, DETERT, MORAN & ARNOLD LLP**<br>Bruce D. Celebrezze, Esq.<br>Dean J. McElroy, Esq.<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel:   (415) 781-7900<br>Fax:   (415) 781-2635 | **Attorneys for Defendant**<br>**TRANSCONTINENTAL INSURANCE COMPANY** |