

Clyde C. Greco, Jr., State Bar No. 085970
Peter J. Schulz, Esq., State Bar No. 167646

LAW OFFICES
**GRECO TRAFICANTE SCHULZ & BRICK**
185 WEST F STREET - SUITE 400
SAN DIEGO, CALIFORNIA 92101
(619) 234-3660 / FAX: 234-0626

Attorneys for Plaintiff FREDERICK MEISWINKEL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation, | Case No. 3:07-cv-05064 EMC |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME AND CHANGE OF ADDRESS** |
| v. | |
| TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; and DOES 1 THROUGH 100, INCLUSIVE, | Complaint Filed:  August 27, 2007<br>Trial Date:        TBD<br>Judge:             William H. Alsup |
| Defendants. | |

TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on **December 27, 2007** Greco & Traficante is changing its name to Greco Traficante Schulz & Brick.

PLEASE TAKE FURTHER NOTICE THAT the new mailing address for Greco Traficante Schulz & Brick will be as follows:

Greco Traficante Schulz & Brick
185 West 'F' Street, Suite 400
San Diego, CA 92101
Tel:   (619) 234-3660
Fax:   (619) 234-0626

1       Please update your system, service list, and records accordingly.

2

3   Dated: December ____, 2007                    GRECO TRAFICANTE SCHULZ & BRICK

4
                                                  By: _____
5                                                     Clyde C. Greco, Jr., Esq.
                                                      Peter J. Schulz, Esq.
6                                                     Attorneys for Plaintiff
                                                      FREDERICK MEISWINKEL, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | COURT USE ONLY |
|---|---|
| Clyde C. Greco, Jr., Esquire, SBN 085970<br>Peter J. Schulz, Esquire, SBN 167646<br>GRECO TRAFICANTE SCHULZ & BRICK   (619) 234-3660<br>185 West F Street, Suite 400           FAX: 234-0626<br>San Diego, California 92101<br>ATTORNEYS FOR Plaintiff FREDERICK MEISWINKEL, INC. | |
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF: FREDERICK MEISWINKEL, INC. | DATE:<br>TIME:<br>DEPT: |
| DEFENDANTS: TRANSCONTINENTAL INSURANCE<br>COMPANY, et al. | |
| **PROOF OF SERVICE** | CASE NUMBER: 3:07-cv-05064 EMC |

I, the undersigned, declare that:  I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, and my business address is 555 West Beech Street, Suite 500, San Diego, California.  I caused to be served the following documents:

1.  NOTICE OF CHANGE OF FIRM NAME AND CHANGE OF ADDRESS

- ■ by electronically serving through CourtLink the above-listed document(s) to each of the addressees as set forth on the attached Service List.
- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth on the attached Service List.
- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on December 28, 2007 at San Diego, California.

Kinë Benrubi