| | |
|---|---|
| Clyde C. Greco, Jr., Esquire, SBN 085970<br>Peter J. Schulz, Esquire, SBN 167646<br>GRECO TRAFICANTE SCHULZ & BRICK    (619) 234-3660<br>185 West F Street, Suite 400                              FAX: 234-0626<br>San Diego, California 92101<br>ATTORNEYS FOR Plaintiff FREDERICK MEISWINKEL, INC. | COURT USE ONLY |
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF: FREDERICK MEISWINKEL, INC. | DATE:<br>TIME:<br>DEPT: |
| DEFENDANTS: TRANSCONTINENTAL INSURANCE COMPANY, et al. | |
| **PROOF OF SERVICE** | CASE NUMBER: 3:07-cv-05064 WHA |

    I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, and my business address is 185 West F Street, Suite 400, San Diego, California. I caused to be served the following documents:

1. JOINT CASE MANAGEMENT STATEMENT
2. STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

    ☒   by electronically serving through CourtLink the above-listed document(s) to each of the addressees as set forth on the attached Service List.

    ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List.

    ☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth on the attached Service List.

    ☐   by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on January 3, 2008 at San Diego, California.

                                                              */s/ Kinë Benrubi*
                                                              Kinë Benrubi

# SERVICE LIST

## MEISWINKEL v. TRANSCONTINENTAL, et al.
Case No. 3:07-cv-05064 EMC
United States District Court, Northern District of California

Updated October 17, 2007

| | |
|---|---|
| **SEDGWICK, DETERT, MORAN & ARNOLD LLP**<br>Bruce D. Celebrezze, Esq.<br>Dean J. McElroy, Esq.<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel:   (415) 781-7900<br>Fax:   (415) 781-2635 | **Attorneys for Defendant**<br>**TRANSCONTINENTAL INSURANCE COMPANY** |