Clyde C. Greco, Jr., State Bar No. 085970
Peter J. Schulz, Esq., State Bar No. 167646

LAW OFFICES
**GRECO TRAFICANTE SCHULZ & BRICK**
185 WEST F STREET - SUITE 400
SAN DIEGO, CALIFORNIA 92101
(619) 234-3660 / FAX: 234-0626

Attorneys for Plaintiff FREDERICK MEISWINKEL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 3:07-cv-05064 WHA<br><br>**FREDERICK MEISWINKEL, INC.'S DISCLOSURE STATEMENT**<br><br>CMC:              January 10, 2008<br>Complaint Filed: August 27, 2007<br>Judge:            William H. Alsup |

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 3-16, Plaintiff FREDERICK MEISWINKEL, INC. hereby submits its Disclosure Statement:

1.    FREDERICK MEISWINKLE, INC. is a plaintiff in the action and as of this date, other than the named parties, there is no such interest to report.

Dated: December 28, 2007

GRECO TRAFICANTE SCHULZ & BRICK

By: _____
Clyde C. Greco, Jr., Esq.
Peter J. Schulz, Esq.
Attorneys for Plaintiff
FREDERICK MEISWINKEL, INC.

| | |
|---|---|
| Clyde C. Greco, Jr., Esquire, SBN 085970<br>Peter J. Schulz, Esquire, SBN 167646<br>GRECO TRAFICANTE SCHULZ & BRICK   (619) 234-3660<br>185 West F Street, Suite 400                                   FAX: 234-0626<br>San Diego, California 92101<br>ATTORNEYS FOR Plaintiff FREDERICK MEISWINKEL, INC. | COURT USE ONLY |
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF: FREDERICK MEISWINKEL, INC.<br><br>DEFENDANTS: TRANSCONTINENTAL INSURANCE COMPANY, et al. | DATE:<br>TIME:<br>DEPT: |
| **PROOF OF SERVICE** | CASE NUMBER: 3:07-cv-05064 WHA |

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, and my business address is 185 West F Street, Suite 400, San Diego, California. I caused to be served the following documents:

1. FREDERICK MEISWINKEL, INC.'S DISCLOSURE STATEMENT

   ☒   by electronically serving through CourtLink the above-listed document(s) to each of the addressees as set forth on the attached Service List.

   ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List.

   ☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth on the attached Service List.

   ☐   by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on January 3, 2008 at San Diego, California.

                                                             _/s/ Kinë Benrubi_____
                                                             Kinë Benrubi

# SERVICE LIST

**MEISWINKEL v. TRANSCONTINENTAL, et al.**
Case No. 3:07-cv-05064 EMC
United States District Court, Northern District of California

Updated October 17, 2007

| | |
|---|---|
| **SEDGWICK, DETERT, MORAN & ARNOLD LLP**<br>Bruce D. Celebrezze, Esq.<br>Dean J. McElroy, Esq.<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel:    (415) 781-7900<br>Fax:    (415) 781-2635 | Attorneys for Defendant<br>**TRANSCONTINENTAL INSURANCE COMPANY** |