SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
ROBERT N. BERG  Bar No. 99319
robert.berg@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD (as successor by merger to
Transcontinental Insurance Company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; and DOES through 100, inclusive,<br><br>Defendants. | CASE NO. C-07-5064 WHA<br><br>**STIPULATION AND ORDER SUBSTITUTING PARTY**<br><br>Judge: William H. Alsup |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1)  Transcontinental Insurance Company is no longer a party to this action by reason of its transfer of interest by way of merger with and into National Fire Insurance Company of Hartford, a Connecticut corporation, effective December 31, 2007;

(2)  National Fire Insurance Company of Hartford is substituted as a party to this action in place of the party identified in paragraph (1); and

1  (3)  Defendant National Fire Insurance Company of Hartford hereby acknowledges
2  actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

4  DATED: January 9, 2008

        /s/
        ————————————————————
        Peter J. Schulz

        Attorney for Plaintiff Frederick Meiswinkel, Inc.

9  DATED: January 9, 2008

        /s/
        ————————————————————
        Bruce D. Celebrezze
        Robert N. Berg
        Dean J. McElroy

        Attorneys for Defendant National Fire Insurance
        Company of Hartford (as successor by merger to
        Transcontinental Insurance Company)

IT IS SO ORDERED.

DATED: _____, 2008


        /s/
        ————————————————————
        United States District Judge

2

CASE NO. C-07-5064 WHA
STIPULATION AND ORDER SUBSTITUTING PARTY

SF/1474879v1