SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
ROBERT N. BERG  Bar No. 99319
robert.berg@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
TRANSCONTINENTAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; and DOES through 100, inclusive,<br><br>Defendants. | CASE NO. C-07-5064 WHA<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.  On January 09, 2008, I served the within document(s):

**STIPULATION AND ORDER SUBSTITUTING PARTY**

☐   FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date.

☐   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐   PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

1
PROOF OF SERVICE

SF/1476365v1

| | | |
|---|---|---|
| 1 | ☐ | OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via . |
| 2 | | |
| 3 | ☒ | NOTICE OF ELECTRONIC FILING - by filing the document(s) listed above electronically, resulting in an automatic notice of electronic filing to all parties of record. |
| 4 | | |

Clyde C. Greco, Jr., Esq.
Peter J. Schulz, Esq.
Greco, Traficante, Schulz & Brick
185 West 'F' Street, Suite 400
San Diego, CA  92101
Tel: 619-234-3660
Fax: 619-234-0626

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 09, 2008, at San Francisco, California.

_____
Jill K. Horner

SEDGWICK
DETERT, MORAN & ARNOLD LLP

2
PROOF OF SERVICE

SF/1476365v1