| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | bruce.celebrezze@sdma.com |
|   | ROBERT N. BERG  Bar No. 99319 |
| 3 | robert.berg@sdma.com |
|   | DEAN J. MCELROY  Bar No. 213132 |
| 4 | dean.mcelroy@sdma.com |
|   | One Market Plaza |
| 5 | Steuart Tower, 8th Floor |
|   | San Francisco, California 94105 |
| 6 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | NATIONAL FIRE INSURANCE COMPANY |
|   | OF HARTFORD (as successor by merger to |
| 9 | Transcontinental Insurance Company) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation, | CASE NO. C-07-5064 WHA |
| Plaintiff, | **STIPULATION AND ORDER SUBSTITUTING PARTY** |
| v. | |
| TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; and DOES through 100, inclusive, | Judge: William H. Alsup |
| Defendants. | |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1)  Transcontinental Insurance Company is no longer a party to this action by reason of its transfer of interest by way of merger with and into National Fire Insurance Company of Hartford, a Connecticut corporation, effective December 31, 2007;

(2)  National Fire Insurance Company of Hartford is substituted as a party to this action in place of the party identified in paragraph (1); and

(3)   Defendant National Fire Insurance Company of Hartford hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

DATED: January 9, 2008

/s/
Peter J. Schulz

Attorney for Plaintiff Frederick Meiswinkel, Inc.

DATED: January 9, 2008

/s/
Bruce D. Celebrezze
Robert N. Berg
Dean J. McElroy

Attorneys for Defendant National Fire Insurance Company of Hartford (as successor by merger to Transcontinental Insurance Company)

IT IS SO ORDERED.

DATED:   January 10, 2008

/s/
United States District Judge

IT IS SO ORDERED
Judge William Alsup