**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 10, 2008

Case No.  C 07-05064 WHA

Title: FREDERICK MEISWINKEL  v. TRANSCONTINENTAL INS

Plaintiff Attorneys: Peter Schulz

Defense Attorneys: Dean McElroy

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - HELD

2)   

Complete Initial Disclosures (Rule 26): 1/31/08

Discovery Cutoff: 10/17/08

Designation of Experts: 10/17/08

Last Day to File Motion: 12/4/08


Continued to _ for Further Case Management Conference

Continued to  2/9/09 at 2:00pm  for Pretrial Conference

Continued to  2/23/09 at 7:30am  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.