SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
ROBERT N. BERG  Bar No. 099319
robert.berg@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Defendants. | CASE NO. 07-05064 WHA MED<br><br>**NOTICE OF MOTION OF NATIONAL FIRE INSURANCE COMPANY OF HARTFORD TO STAY PROCEEDINGS**<br><br>Date:          March 20, 2008<br>Time:         8:00 a.m.<br>Courtroom: 9<br>Judge:        William H. Alsup |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 20, 2008 at 8:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 9 of the above-entitled court, defendant National Fire Insurance Company of Hartford will move this Court for an order to stay the current action, pending resolution of the underlying liability case entitled *88 King Street LLC v. Frederick Meiswinkel, Inc.*, Consolidated San Francisco Superior Court Case Nos. CGC-04-434587 and CGC-04-42955. Pursuant to California Supreme Court authority, the underlying action must be tried first, since any determination of legal and equitable issues in the coverage action would be based on factual findings necessary to a determination in the underlying case as well. This

1  motion will be based on this notice of motion, the memorandum of points and authorities served
2  herewith, the declarations of Robert Berg and James Teater, the court file herein, and upon such
3  oral and documentary evidence as may be presented at the hearing on this matter.
4
5  DATED: February 13, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
6
7
8  By: _____
   BRUCE D. CELEBREZZE
9  ROBERT N. BERG
   DEAN J. MCELROY
10 Attorneys for Defendant
   NATIONAL FIRE INSURANCE COMPANY
11 OF HARTFORD

SF/1483304v1

2                              CASE NO. 07-05064 WHA MED
NOTICE OF MOTION TO STAY PROCEEDINGS