SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
ROBERT N. BERG  Bar No. 099319
robert.berg@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Defendants. | CASE NO. 07-05064 WHA MED<br><br>**DECLARATION OF ROBERT BERG IN SUPPORT OF DEFENDANT'S MOTION TO STAY PROCEEDINGS**<br><br>Date:        March 20, 2008<br>Time:        8:00 a.m.<br>Courtroom:   9<br>Judge:       William H. Alsup |

I, Robert Berg declare:

1.  I am a partner with the lawfirm of Sedgwick, Detert, Moran & Arnold, LLP, counsel for National Fire Insurance Company of Hartford in the present case. I have personal knowledge of the matters set forth herein, and could and would competently testify to these matters as set forth below.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the underlying complaint entitled *88 King Street LLC v. Frederick Meiswinkel, Inc.*, San Francisco Superior Court Case No. CGC-04-434587.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  February 12, 2008 in San Francisco, California.

_____
Robert Berg