1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  bruce.celebrezze@sdma.com
   ROBERT N. BERG  Bar No. 099319
3  robert.berg@sdma.com
   DEAN J. MCELROY  Bar No. 213132
4  dean.mcelroy@sdma.com
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
7
   Attorneys for Defendant
8  NATIONAL FIRE INSURANCE COMPANY
   OF HARTFORD
9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 FREDERICK MEISWINKEL, INC., a        CASE NO. 07-05064 WHA MED
   California corporation
14                                      DECLARATION OF JAMES TEATER
        Plaintiff,                      IN SUPPORT OF DEFENDANT'S
15                                      MOTION TO STAY PROCEEDINGS
   v.
16                                      Date:       March 20, 2008
   NATIONAL FIRE INSURANCE              Time:       8:00 a.m.
17 COMPANY OF HARTFORD,                 Courtroom:  9
                                        Judge:      William H. Alsup
18      Defendants.

19

20

21     I, James Teater declare:

22     1.    I am a claims consultant with the construction defect unit of National Fire

23 Insurance Company of Hartford. I have personal knowledge of the matters set forth herein, and

24 could and would competently testify to the matters set forth below.

25     2.    Attached hereto as Exhibit A is a true and correct copy of the reservation of rights

26 letter sent to Frederick Meiswinkel, Inc., on or about February 4, 2008, which advised Frederick

27 Meiswinkel, Inc. that National would be rejoining the defense of the underlying case known as

28 *88 King Street LLC v. Frederick Meiswinkel, Inc.*

1      I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  February 11, 2008 in Brea, California.

                                                  James Teater