| | |
|---|---|
| Clyde C. Greco, Jr., Esquire, SBN 085970<br>Peter J. Schulz, Esquire, SBN 167646<br>GRECO TRAFICANTE SCHULZ & BRICK    (619) 234-3660<br>185 West F Street, Suite 400    FAX: 234-0626<br>San Diego, California 92101<br>ATTORNEYS FOR Plaintiff FREDERICK MEISWINKEL, INC. | COURT USE ONLY |
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF: FREDERICK MEISWINKEL, INC. | DATE:<br>TIME:<br>DEPT: |
| DEFENDANTS: NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, et al. | |
| **PROOF OF SERVICE** | CASE NUMBER: 3:07-cv-05064 WHA |

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, and my business address is 185 West F Street, Suite 400, San Diego, California. I caused to be served the following documents:

1. **PLAINTIFF'S OPPOSITION TO NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S MOTION TO STAY PROCEEDINGS**

2. **DECLARATION OF JON S. BRICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S MOTION TO STAY PROCEEDINGS**

- ☒ by electronically serving through CourtLink the above-listed document(s) to each of the addressees as set forth on the attached Service List.
- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth on the attached Service List.
- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on March 6, 2008 at San Diego, California.

_____
Kinë Benrubi

# SERVICE LIST

**Meiswinkel v. National Fire Insurance Company of Hartford, et al.**
Case No. 3:07-cv-05064 WHA
United States District Court, Northern District of California

Updated January 31, 2008

| | |
|---|---|
| **SEDGWICK, DETERT, MORAN & ARNOLD LLP**<br>Robert N. Berg, Esq.<br>Dean J. McElroy, Esq.<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel:    (415) 781-7900<br>Fax:   (415) 781-2635 | Attorneys for Defendant<br>**NATIONAL FIRE INSURANCE COMPANY OF HARTFORD**<br><br>(Successor by merger to Transcontinental Insurance Company) |