IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Defendant. | No. C 07-05064 WHA<br><br>**ORDER RE LATE BRIEFING** |

Defendant's motion to stay proceedings was set for March 20, 2008. According to Civil Local Rule 7-3, any opposition to a motion must be served and filed *not less than 21 days before the hearing date*. Any reply to an opposition must be served and filed by the moving party not less than 14 days before the hearing date. Here, that meant that plaintiff's opposition to National Fire Insurance Company of Hartford's motion to stay proceedings was due February 28, 2008. Plaintiff failed to do so; instead, plaintiff filed its opposition memorandum on March 6, 2008, a week too late. Because defendant has not had an adequate time to respond to plaintiff's opposition, the due date for the reply shall be extended until **MARCH 13, 2008**, and the hearing shall be reset for **MARCH 27, 2008**, at **8:00 A.M.** Counsel is advised to abide by the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: March 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE