SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
ROBERT N. BERG  Bar No. 099319
robert.berg@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Defendants. | CASE NO. 07-05064 WHA MED<br><br>**DECLARATION OF ROBERT N. BERG IN SUPPORT OF NATIONAL'S REPLY TO OPPOSITION TO MOTION TO STAY PROCEEDINGS**<br><br>Date:        March 27, 2008<br>Time:        8:00 a.m.<br>Courtroom:   9<br>Judge:       William H. Alsup |

I, Robert N. Berg, declare as follows:

1. I am an attorney with the law firm of Sedgwick, Detert, Moran & Arnold, LLP, counsel for National Fire Insurance Company of Hartford in the present case. If called upon to testify, I could testify competently to the following.

2. On February 5, 2008, I received an e-mail from Peter Schulz, counsel for plaintiff herein, Frederick Meiswinkel, Inc. In the e-mail, counsel for Meiswinkel provided contact information for Zurich North American Insurance Company. The contact information was to

1  enable National Fire Insurance Company of Hartford to contact Zurich and make arrangements
2  for reimbursement of prior defense costs fronted by Zurich.

    3.    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of March, 2008, in San Francisco, California.

By: _____
ROBERT N. BERG

**Berg, Robert**

**From:** Peter J. Schulz [pjs@gtlaw.cc]
**Sent:** Tuesday, February 05, 2008 1:27 PM
**To:** Berg, Robert
**Subject:** Zurich Contact Info

Rob, I'm not sure I sent this to you, but just in case I did not:

```
Casey Long
Sr.Claims Specialist
Brea, CA. - CD Claims
Zurich NA
714-984-2253-Phone
866-257-1205-Fax
P.O. Box 66965
Chicago, IL 60666
kathleen.long@zurichna.com
714-345-8288-Cell
```

Peter J. Schulz, Esq.
GRECO TRAFICANTE SCHULZ & BRICK
185 West F Street, Suite 400
San Diego, CA 92101
t. 619.234.3660
f. 619.234.0626
email: pjs@gtlaw.cc
www.gtlaw.cc

Exhibit 1

3/11/2008