1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  bruce.celebrezze@sdma.com
   ROBERT N. BERG  Bar No. 99319
3  robert.berg@sdma.com
   DEAN J. MCELROY  Bar No. 213132
4  dean.mcelroy@sdma.com
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
7
   Attorneys for Defendant
8  NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | FREDERICK MEISWINKEL, INC., a    | CASE NO.  07-05064 WHA MED
   | California corporation           |
13 |                                  |
   |         Plaintiff,               | **PROOF OF SERVICE**
14 |                                  |
   |     v.                           |
15 |                                  |
   | NATIONAL FIRE INSURANCE          |
16 | COMPANY OF HARTFORD,             |
   |                                  |
17 |         Defendant.               |

18

19     I am a resident of the State of California, over the age of eighteen years, and not a party
20 to the within action.  My business address is Sedgwick, Detert, Moran & Arnold LLP, One
   Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.  On March 13, 2008, I
21 served the within document(s):

22 **MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION TO STAY PROCEEDINGS**

23 **DEFENDANT NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S
24 EVIDENTIARY OBJECTIONS TO THE DECLARATION OF JON S. BRICK
   SUBMITTED BY PLAINTIFF IN SUPPORT OF ITS OPPOSITION TO NATIONAL'S
25 MOTION TO STAY PROCEEDING**

26 **DECLARATION OF ROBERT N. BERG IN SUPPORT OF NATIONAL'S REPLY TO OPPOSITION TO MOTION TO STAY PROCEEDINGS**

27

28
                                    1
                            PROOF OF SERVICE

SF/1493861v1

| | | |
|---|---|---|
|1| ☐ | FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date. |
|2| | |
|3| ☐ | MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
|4| | |
|5| ☐ | PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
|6| ☐ | OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via . |
|7| | |
|8| ☒ | NOTICE OF ELECTRONIC FILING - by filing the document(s) listed above electronically, resulting in an automatic notice of electronic filing to all parties of record. |
|9| | |

Clyde C. Greco, Jr., Esq.
Peter J. Schulz, Esq.
**Greco, Traficante, Schulz & Brick**
185 West 'F' Street, Suite 400
San Diego, CA  92101
Tel: 619-234-3660 / Fax: 619-234-0626

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 13, 2008, at San Francisco, California.

                        /s/  Sharice Valenzuela
                        SHARICE S. VALENZUELA