SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
ROBERT N. BERG  Bar No. 099319
robert.berg@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Defendants. | CASE NO. 07-05064 WHA MED<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Date:         March 27, 2008<br>Time:        8:00 a.m.<br>Courtroom: 9<br>Judge:       William H. Alsup |

WHEREAS, the parties have entered into a settlement agreement resolving any and all claims alleged in the above-referenced matter, which pertain to the alleged failure of National Fire Insurance Company to defend Frederick Meiswinkel, Inc. in the underlying actions referenced in plaintiff's complaint herein, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice.

DATED: March __24__, 2008          By:  _____/Peter J. Schulz/_____
                                        Peter Schulz, Attorneys for Plaintiff
                                        Frederick Meiswinkel, Inc.

1  DATED: March 29, 2008              SEDGWICK, DETERT, MORAN & ARNOLD, LLP
2
3                                      By: /s/ Robert Berg
4                                      Robert N. Berg, Attorneys for National Fire
                                       Insurance Company of Hartford
5
6  IT IS SO ORDERED.
7
8  DATED: _____, 2008             By: _____
                                       The Honorable William H. Alsup
9

SF/1495569v1

2                                      CASE NO. 07-05064 WHA MED
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE