```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
 2  bruce.celebrezze@sdma.com
    ROBERT N. BERG  Bar No. 099319
 3  robert.berg@sdma.com
    DEAN J. MCELROY  Bar No. 213132
 4  dean.mcelroy@sdma.com
    One Market Plaza
 5  Steuart Tower, 8th Floor
    San Francisco, California 94105
 6  Telephone: (415) 781-7900
    Facsimile:  (415) 781-2635
 7
    Attorneys for Defendant
 8  NATIONAL FIRE INSURANCE COMPANY
    OF HARTFORD
 9
10
11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13  FREDERICK MEISWINKEL, INC., a     CASE NO. 07-05064 WHA MED
    California corporation
14                                    STIPULATION AND ORDER OF
                                      DISMISSAL WITHOUT PREJUDICE
15           Plaintiff,
                                      Date:       March 27, 2008
16      v.                            Time:       8:00 a.m.
                                      Courtroom:  9
17  NATIONAL FIRE INSURANCE           Judge:      William H. Alsup
    COMPANY OF HARTFORD,
18
             Defendants.
19
20       WHEREAS, the parties have entered into a settlement agreement resolving any and all
21  claims alleged in the above-referenced matter, which pertain to the alleged failure of National
22  Fire Insurance Company to defend Frederick Meiswinkel, Inc. in the underlying actions
23  referenced in plaintiff's complaint herein, IT IS HEREBY STIPULATED by and between the
24  parties to this action through their designated counsel that the above-captioned action be and
25  hereby is dismissed without prejudice.
26
27  DATED: March __24__, 2008        By: _____/Peter J. Schulz/_____
                                         Peter Schulz, Attorneys for Plaintiff
28                                       Frederick Meiswinkel, Inc.
```

1 | DATED: March 24, 2008          SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: /s/ Robert N. Berg
Robert N. Berg, Attorneys for National Fire
Insurance Company of Hartford

6 | IT IS SO ORDERED.

8 | DATED: March 25, 2008          By: /s/ William Alsup
The Honorable William H. Alsup

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California*