# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Frederick Meiswinkel, Inc., | No. C 07-05064 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| National Fire Insurance Company of Hartford, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) March 18, 2008

2. Did the case settle?    ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☑ YES    ☐ NO

Dated: March 20, 2008

Mediator, Anne Lawlor Goyette
Griffiths Castle & Lawlor Goyette
100 Marine Parkway, Suite 375
Redwood Shores, CA 94065

Certification of ADR Session
07-05064 WHA MED